## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRINITY MANUFACTURING, INC., ASHTA CHEMICALS, INC., AND NIKLOR CHEMICAL COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 20-03831 |

## DECLARATION OF ABDUL ALNOOR

1. Pursuant to the Rule 73.2 of the U.S. Court of International Trade, I, Abdul Alnoor, International Trade Compliance Analyst, Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, do hereby certify and affirm that I have legal custody and control of the documents constituting the administrative record as it pertains to the final results issued in the fifth sunset review of the antidumping duty order on chloropicrin from the People's Republic of China, issued and published as *Chloropicrin From the People's Republic of China: Final Results of Sunset Review and Revocation of Order*, 85 Fed. Reg. 71,314 (Dep't of Commerce November 9, 2020).

2. To the best of my knowledge, I have included in the administrative record all documents pertaining to the above-referenced proceeding presented to or obtained by the Secretary of Commerce or his delegates during the proceeding.

3. I have prepared a true and complete copy of the administrative record in the above-referenced proceeding.

4. The attached index is a complete list of the documents comprising the administrative record in the above-referenced proceeding.

5.      Also attached is a true and complete copy of the final results issued in the fifth sunset review of the antidumping duty order on chloropicrin from the People's Republic of China, issued and published as *Chloropicrin From the People's Republic of China: Final Results of Sunset Review and Revocation of Order*, 85 Fed. Reg. 71,314 (Dep't of Commerce November 9, 2020)

6.      I affirm, under penalties of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

*Abdul Alnoor*                                                Date: 12/21/2020
Abdul Alnoor
International Trade Compliance Analyst
Office of AD/CVD Enforcement Operations
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
Washington, D.C. 20230