Report generated on: 12/17/2020 4:50:12 PM

UNITED STATES DEPARTMENT OF COMMERCE - INTERNATIONAL TRADE ADMINISTRATION - INDEX TO ADMINISTRATIVE RECORD

CASE NUMBER A-570-002 - Chloropicrin From People Republic of China

SUNR - 2020 SUNSET REVIEW

*Contains Data files*

* Public Document * Public Document * Public Document

Print

| Item No. | Upload Date | Document Title | Segment | Bar Code |
|---|---|---|---|---|
| 1 Public Document | 8/7/2020 | APO FROM USDOC TO FILE<br>PERTAINING TO ALL APO AUTHORIZED APPLICANTS<br>APO | SUNR - 2020 Sunset Review | 4013365-01 |
| 2 Public Document | 8/18/2020 | ENTRY_OF_APPEARANCE FROM KALIK LEWIN TO SEC. OF COMMERCE<br>PERTAINING TO KALIK LEWIN<br>ENTRY OF APPEARANCE | SUNR - 2020 Sunset Review | 4016846-01 |
| 3 Public Document | 8/18/2020 | ENTRY_OF_APPEARANCE FROM KALIK LEWIN TO SEC OF COMMERCE<br>PERTAINING TO TRINITY, ASHTA, AND NIKLOR<br>NOTICE OF INTENT TO PARTICIPATE | SUNR - 2020 Sunset Review | 4017254-01 |
| 4 Public Document | 8/18/2020 | APO FROM KALIK LEWIN TO SEC OF COMMERCE<br>PERTAINING TO TRINITY MANUFACTURING CO., INC., ASHTA CHEMICALS, INC., AND NIKLOR CHEMICAL CO.,<br>APO APPLICATION | SUNR - 2020 Sunset Review | 4017276-01 |
| 5 Public Document | 9/2/2020 | LETTER FROM USDOC TO ITC<br>PERTAINING TO ITC<br>INTENT TO PARTICIPATE | SUNR - 2020 Sunset Review | 4021811-01 |
| 6 Public Document | 9/10/2020 | LETTER FROM USDOC TO ITC<br>PERTAINING TO USITC<br>INADEQUATE DOMESTIC RESPONSE | SUNR - 2020 Sunset Review | 4024604-01 |
| 7 Public Document | 9/18/2020 | RESPONSE FROM KALIK LEWIN TO SEC OF COMMERCE<br>PERTAINING TO COLLECTIVELY, THE COMPANIES<br>REQ FOR LEAVE FOR LATE FILING | SUNR - 2020 Sunset Review | 4029353-01 |

| | | | | |
|---|---|---|---|---|
| 8 Public Document | 9/18/2020 | RESPONSE FROM KALIK LEWIN TO SEC OF COMMERCE PERTAINING TO ASHTA CHEMICALS INC, NIKLOR CHEMICAL COMPANY INC, TRINITY MANUFACTURING INC (REJECTED) SUBSTANTIVE RESPONSE TO REVIEWS | SUNR - 2020 Sunset Review | [4029353-02](#) |
| 9 Public Document | 9/25/2020 | ENTRY_OF_APPEARANCE FROM THE BRISTOL GROUP PLLC TO SEC. OF COMMERCE PERTAINING TO ASHTA CHEMICALS, INC., NIKLOR CHEMICAL COMPANY, INC., TRINITY MANUFACTURING, INC. ENTRY OF APPEARANCE | SUNR - 2020 Sunset Review | [4032693-01](#) |
| 10 Public Document | 9/25/2020 | LETTER FROM THE BRISTOL GROUP PLLC TO SEC OF COMMERCE PERTAINING TO PETITIONERS SUPPORT OF REQ FOR LEAVE FOR LATE FILING OF SUBSTANTIVE RESPONSE | SUNR - 2020 Sunset Review | [4032754-01](#) |
| 11 Public Document | 9/28/2020 | LETTER FROM USDOC TO KALIK LEWIN PERTAINING TO DOMESTIC INTERESTED PARTIES REJECTION OF REQUEST | SUNR - 2020 Sunset Review | [4033546-01](#) |
| 12 Public Document | 9/29/2020 | PUBLIC_SERVICE_LIST FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES PUBLIC SERVICE LIST | SUNR - 2020 Sunset Review | [4021433-01](#) |
| 13 Public Document | 9/29/2020 | REJECTION_MEMO FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES REJECTION OF SUBSTANTIVE RESPONSE TO REVIEWS | SUNR - 2020 Sunset Review | [4033785-01](#) |
| 14 Public Document | 9/29/2020 | LETTER FROM THE BRISTOL GROUP PLLC TO SEC OF COMMERCE PERTAINING TO TRINITY; COLLECTIVELY PETITIONERS RESP TO REJECTION OF REQ FOR LEAVE FOR LATE FILING | SUNR - 2020 Sunset Review | [4033979-01](#) |
| 15 Public Document | 9/29/2020 | APO FROM THE BRISTOL GROUP PLLC TO SEC. OF COMMERCE PERTAINING TO ASHTA CHEMICALS, INC., NIKLOR CHEMICAL COMPANY, INC., TRINITY MANUFACTURING, INC. APO APPLICATION | SUNR - 2020 Sunset Review | [4034254-01](#) |
| 16 Public Document | 9/30/2020 | APO_SERVICE_LIST FROM USDOC TO FILE PERTAINING TO INTERESTED PARTIES APO SERVICE LIST | SUNR - 2020 Sunset Review | [4034426-01](#) |
| 17 Public Version | 10/7/2020 | LETTER FROM THE BRISTOL GROUP PLLC TO SEC OF COMMERCE PERTAINING TO PETITIONERS SUPPL TO REQ FOR EXT | SUNR - 2020 Sunset Review | [4038111-01](#) |
| 18 Public Document | 10/13/2020 | LETTER FROM THE BRISTOL GROUP PLLC TO SEC OF COMMERCE PERTAINING TO TRINITY–; COLLECTIVELY ‑PETITIONERS | SUNR - 2020 Sunset Review | [4039884-01](#) |

| | | | | |
|---|---|---|---|---|
| | | CMMTS ON ADEQUACY OF RESP AND APPROPRIATENESS OF AN EXPEDITED REVIEW | | |
| 19 Public Document | 10/14/2020 | LETTER FROM THE BRISTOL GROUP PLLC TO SEC OF COMMERCE<br>PERTAINING TO ASHTA CHEMICALS, INC., NIKLOR CHEMICAL COMPANY, INC., AND TRINITY MANUFACTURING, INC.<br>COMPANY CERTIFICATION OMITTED FROM CMMTS | SUNR - 2020 Sunset Review | 4040265-01 |
| 20 Public Document | 10/15/2020 | MEMO FROM USDOC TO FILE<br>PERTAINING TO PETITIONERS<br>MEETING WITH COUNSEL | SUNR - 2020 Sunset Review | 4040642-01 |
| 21 Public Document | 10/16/2020 | MEMO FROM USDOC TO FILE<br>PERTAINING TO INTERESTED PARTIES<br>EX PARTE CONFERENCE CALL WITH PETITIONERS | SUNR - 2020 Sunset Review | 4041307-01 |
| 22 Public Document | 10/19/2020 | MEMO FROM USDOC TO FILE<br>PERTAINING TO INTERESTED PARTIES<br>EMAIL CORRESPONDENCE | SUNR - 2020 Sunset Review | 4041681-01 |
| 23 Public Document | 10/21/2020 | MEMO FROM USDOC TO FILE<br>PERTAINING TO INTERESTED PARTIES<br>EX PARTE CALL WITH SENATOR PORTMAN'S STAFF | SUNR - 2020 Sunset Review | 4042651-01 |
| 24 Public Document | 10/27/2020 | MEMO FROM USDOC TO FILE<br>PERTAINING TO INTERESTED PARTIES<br>EX PARTE TELEHPNE CALL WITH REPRESENTATIVE DOUG LAMALFA | SUNR - 2020 Sunset Review | 4045413-01 |
| 25 Public Document | 11/3/2020 | FR_NOTICE_UNPUBLISHED FROM USDOC TO THE FILE<br>PERTAINING TO INTERESTED PARTIES<br>FINAL RESULTS & REVOCATION FR NOTICE | SUNR - 2020 Sunset Review | 4048787-01 |
| 26 Public Version | 11/4/2020 | LETTER FROM USDOC TO THE BRISTOL GROUP PLLC<br>PERTAINING TO DOMESTIC INTERESTED PARTIES<br>RESPONSE TO 2ND REQ FOR DEADLINE | SUNR - 2020 Sunset Review | 4048885-01 |