UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **TRINITY MANUFACTURING, INC.,** *et al.*,  )<br>)<br>  Plaintiffs,  )<br>)<br>  v.  )<br>)<br>**UNITED STATES,**  )<br>)<br>  Defendant.  )<br>) | Court No. 20-03831 |

**ORDER**

Upon reading and considering the Consent Motion to Enjoin Issuance of Revocation Instructions as to the Antidumping Duty Order on Chloropicrin from China filed by Plaintiffs Trinity Manufacturing, Inc., Ashta Chemicals, Inc., and Niklor Chemical Company, Inc. and upon consideration of all other papers and proceedings in the above-captioned action, that, by consent of the parties, it is hereby:

**ORDERED** that the Motion is **GRANTED** and that the order is **ENTERED**; and, it is further

**ORDERED** that the U.S. Department of Commerce is temporarily enjoined from ordering U.S. Customs and Border Protection to terminate the suspension of liquidation for unliquidated entries of chloropicrin from the People's Republic of China that are or were entered, or withdrawn from warehouse, for consumption, on or after 12:01 a.m. September 22, 2020, pursuant to *Chloropicrin From the People's Republic of China: Final Results of Sunset Review and Revocation of Order*, 85 Fed. Reg. 71,314-15 (Dep't Commerce Nov. 9, 2020); and, it is further

2

**ORDERED** that the U.S. Department of Commerce shall instruct U.S. Customs and Border Protection to continue suspension of liquidation of, and require cash deposits at a rate of zero percent for, entries of chloropicrin from the People's Republic of China that are or were entered, or withdrawn from warehouse, for consumption, on or after 12:01 a.m. September 22, 2020, pursuant to *Chloropicrin From the People's Republic of China:  Final Results of Sunset Review and Revocation of Order*, 85 Fed. Reg. 71,314-15 (Dep't Commerce Nov. 9, 2020); and it is further

**ORDERED** that this order is effective immediately and continues in effect until final judgment by the Court on the merits is entered, or until the completion of any appeals thereto.

_____
Judge

Dated: _____, 2020
       New York, New York